UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARLA HAJEK and GREGORY HAMMERLUND, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DATACOMP APPRAISAL SYSTEMS, INC.; EQUITY LIFESTYLE PROPERTIES, INC.; HOMETOWN AMERICA MANAGEMENT, L.L.C.; LAKESHORE COMMUNITIES, INC.; SUN COMMUNITIES, INC.; RHP PROPERTIES, INC.; YES! COMMUNITIES, INC.; INSPIRE COMMUNITIES, L.L.C.; KINGSLEY MANAGEMENT, CORP.; and CAL-AM PROPERTIES, INC.,<br><br>Defendants. | Case No. 1:23-cv-06715<br><br>Hon. Franklin U. Valderrama |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO REASSIGN RELATED CASES PURSUANT TO LOCAL RULE 40.4, FOR CONSOLIDATION PURSUANT TO FED. R. CIV. P. 42, AND FOR A SCHEDULE TO FILE A CONSOLIDATED COMPLAINT AND FOR DEFENDANTS TO RESPOND**

Having reviewed Plaintiffs' Unopposed Motion to Reassign Related Cases Pursuant to Local Rule 40.4, for Consolidation Pursuant to Fed. R. Civ. P. 42, and for a Schedule to File a Consolidated Complaint and for Defendants to Respond, and the Memorandum in support thereof,

**IT IS HEREBY ORDERED**:

    1.    Plaintiffs' Motion is Granted.

    2.    *Sailer, et al. v. Datacomp Appraisal Systems, Inc., et al.*, No. 1:23-cv-14565 (N.D. Ill.) ("*Sailer*"); *Moffat, et al. v. Datacomp Appraisal Systems, Inc., et al.*, No. 1:23-cv-14571 (N.D.

Ill.) ("*Moffat*"); *Kazmirzak, et al. v. Datacomp Appraisal Systems, Inc., et al.*, No. 1:23-cv-14598 (N.D. Ill.) ("*Kazmirzak*"); *Zuccolotto v. Datacomp Appraisal Systems, Inc., et al.*, No. 1:23-cv-14797 (N.D. Ill.) ("*Zuccolotto*"); and *Harris, et al. v. Datacomp Appraisal Systems, Inc., et al.*, No. 1:23-cv-14847 (N.D. Ill.) ("*Harris*"), are found related to the underlying action within the meaning of Local Rule 40.4.

3. After reassignment to this Court, pursuant to Federal Rule of Civil Procedure 42, *Sailer*, *Moffat*, *Kazmirzak*, *Zuccolotto*, and *Harris* and will be consolidated with the underlying action.

4. The caption of these consolidated actions shall be "*In re Manufactured Home Lot Rents Antitrust Litigation*," and the consolidated actions shall be maintained under one file under File No. 1:23-cv-06715 (N.D. Ill.).

5. All subsequently filed cases on behalf of persons and entities who paid rent directly to a Manufactured Home Community Defendant or an Unnamed Co-Conspirator for a manufactured home lot located in a manufactured home community which was included in a JLT Market Report involving common questions of law and fact shall be found related within the meaning of Local Rule 40.4 and consolidated pursuant to Federal Rule of Civil Procedure 42.

6. The Court sets the following schedule:

   a. 45 days after consolidation: Plaintiffs file their Consolidated Complaint;

   b. 45 days after the deadline for Plaintiffs to file their Consolidated Complaint: Defendants answer, move, or otherwise respond to the Consolidated Complaint;

   c. 45 days after the deadline for Defendants to answer, move, or otherwise respond to the Consolidated Complaint: Plaintiffs file an opposition to any motion to dismiss filed by Defendants; and

    d. 30 days after the deadline for Plaintiffs to file an opposition to any motion to dismiss filed by Defendants: Defendants file a reply to Plaintiffs' opposition to their motion to dismiss.

Dated: 10/31/2023

                                                    Honorable Franklin U. Valderrama
                                                    United States District Judge