# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Carla Hajek, et al.

                                         Plaintiff,

v.                                                          Case No.: 1:23−cv−06715
                                                               Honorable Franklin U. Valderrama

Datacomp Appraisal Systems, Inc., et al.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 31, 2023:

      MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated in the motion, the Court grants Plaintiffs' unopposed motion to appoint interim co−lead class counsel [76]. DiCello Levitt LLP and Hausfeld LLP are appointed interim co−lead class counsel for Plaintiffs under Fed. R. Civ. P. 23(g). Enter order. Emailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.