# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Carla Hajek, et al.

                                       Plaintiff,

v.                                                                    Case No.: 1:23−cv−06715

                                                                           Honorable Franklin U. Valderrama

Datacomp Appraisal Systems, Inc., et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 22, 2023:

      MINUTE entry before the Honorable Franklin U. Valderrama: The Court has reviewed Plaintiffs' position statement regarding the consolidation of cases [128], which advises the Court that Interim Co−Lead Counsel has conferred with class−counsel in all related and consolidated cases (1:23−cv−14598, 1:23−cv−14797, 1:23−cv−14571, 1:23−cv−14847, 1:23−cv−16450, 1:23−cv−14565, 1:23−cv−15763, 1:23−cv−16462) and takes the position that it would be appropriate and efficient to administratively close the underlying matters, which have now been all been consolidated with this action. The Court agrees and will enter orders administratively closing the underlying cases. Emailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.