IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE MANUFACTURED HOME LOT RENTS ANTITRUST LITIGATION | Case No. 23-cv-06715<br><br>Judge Franklin U. Valderrama<br><br>Magistrate Judge Beth W. Jantz |

### MUREX PROPERTIES, L.L.C.'S MOTION TO DISMISS

Murex Properties, L.L.C. ("Murex") is a Florida-based mobile home park management company. Murex has joined Defendants' Joint Motion to Dismiss, but writes separately because the comprehensive regulatory framework created by the State of Florida in its Mobile Home Act (the "Act") makes it especially clear in Florida that information about mobile home rents is not, as asserted by Plaintiffs, "non-public, competitively sensitive information"—making their conspiracy allegations as to Defendants like Murex that operate in Florida particularly implausible. The detailed regulatory framework in the Act also confers immunity upon Murex under the state-action doctrine. Finally, Plaintiffs' claims against Murex also should be dismissed for lack of personal jurisdiction and improper venue under Rules 12(b)(2) and 12(b)(3) because Murex has no contacts with the State of Illinois.

For these reasons, as articulated fully in Murex's accompanying Memorandum of Law in support of this motion, as well as for the reasons stated in Defendants' Joint Motion to Dismiss, Plaintiffs' complaint should be dismissed.

Dated:  January 29, 2024                         Respectfully submitted,


                                                              By: */s/David C. Kully*
David C. Kully (*pro hac vice*)
Holland & Knight LLP
800 17th St. NW; Suite 1100
Washington, DC 20006
Telephone:  202-469-5415
david.kully@hklaw.com

Mahlon Herbert Barlow, III (*pro hac vice*)
Sivyer, Barlow, Watson & Haughey, P.A.
401 E. Jackson Street
Suite 2225
Tampa, FL 33602
Telephone: 813-221-4242
mbarlow@sbwhlegal.com

*Attorneys for Defendant Murex Properties, L.L.C.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 29, 2024, a true and accurate copy of the foregoing was electronically filed with the CM/ECF system of the United States District Court for the Northern District of Illinois, which sends notice to counsel of record via e-mail.

Dated: January 29, 2024

By: */s/ David C. Kully*
David C. Kully (*pro hac vice*)
Holland & Knight LLP
800 17th St. NW; Suite 1100
Washington, DC 20006
Telephone: 202-469-5415
david.kully@hklaw.com

*Attorneys for Defendant Murex Properties, L.L.C*