**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE MANUFACTURED HOME LOT RENTS ANTITRUST LITIGATION | Case No. 23-cv-06715 <br><br> Judge Franklin U. Valderrama <br><br> Magistrate Judge Beth W. Jantz |

**DEFENDANTS' MOTION TO DISMISS CONSOLIDATED
CLASS ACTION COMPLAINT**

Defendants Equity Lifestyle Properties, Inc., Cal-Am Properties, Inc., Hometown America Management, L.L.C., Inspire Communities, LLC, Kingsley Management Corp., Lakeshore Communities, Inc., Murex Properties, L.L.C., RHP Properties, Inc., Sun Communities, Inc., Yes! Communities, LLC, and Defendant Datacomp Appraisal Systems, Inc. ("Defendants"), move to dismiss the Consolidated Class Action Complaint (Dkt. 126) pursuant to Federal Rule of Civil Procedure 12(b)(6).  In support of this Motion to Dismiss, Defendants concurrently submit a Memorandum of Law, which sets forth the grounds for Defendants' Motion to Dismiss.

WHEREFORE, for all the reasons set forth in their accompanying Memorandum of Law, Defendants respectfully request that this Court dismiss Plaintiffs' Consolidated Class Action Complaint with prejudice under Rule 12(b)(6) for failure to state a claim.


Dated:  January 29, 2024               Respectfully submitted,

                                       By:  /s/ Lawrence E. Buterman
                                       LATHAM & WATKINS LLP

                                       Lawrence E. Buterman (*pro hac vice*)


1

1271 Avenue of the Americas
New York, NY 10020
Telephone: 212-906-1200
lawrence.buterman@lw.com

Sadik Huseny (*pro hac vice*)
300 Colorado St., Suite 2400
Austin, TX 78701
Telephone: 737-910-7300
sadik.huseny@lw.com

Belinda S Lee (*pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415-391-0600
belinda.lee@lw.com

Gary S. Feinerman (IL6206906)
Brittany M. Liesman (IL 6336682)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: 312-777-7110
gary.feinerman@lw.com
brittany.liesman@lw.com

*Attorneys for Defendants Datacomp Appraisal
Systems, Inc. and Equity LifeStyle Properties,
Inc.*


ARMSTRONG TEASDALE LLP

By: */s/ Stephen J. Siegel (w/ consent)*
Stephen J. Siegel
Julie Johnston-Ahlen
100 North Riverside Plaza
Chicago, IL 60606
Telephone: 312-419-6900
SSiegel@atllp.com
JJohnston@Atllp.com

HOGAN LOVELLS US LLP

William L. Monts III
555 Thirteenth Street NW
Washington, D.C. 20004

2

Telephone: 202-637-5600
william.monts@hoganlovells.com

*Attorneys for Defendant Cal-Am Properties, Inc.*

WINSTON & STRAWN LLP

By: /s/ *James F. Herbison (w/ consent)*
James F. Herbison
Michael P. Mayer
35 West Wacker Drive
Chicago, IL 60601
Telephone: 312-558-5600
JHerbison@winston.com
MMayer@winston.com

*Attorneys for Defendant Hometown America Management, L.L.C.*

BRYAN CAVE LEIGHTON PAISNER

By: /s/ *Timothy R. Beyer (w/ consent)*
Timothy R. Beyer (*pro hac vice*)
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Telephone: 303-866-0481
Tim.beyer@bclplaw.com

Sarah L. Hartley (*pro hac vice*)
1155 F Street N.W.
Washington, D.C. 20004
Telephone: 303-866-0363
Sarah.hartley@bclplaw.com

Ashley Hyun-Jeong Kim
161 N. Clark Street, Suite 4300
Chicago, IL 60601
Telephone: 312-602-5113
Ashley.kim@bclplaw.com

*Attorneys for Defendant Inspire Communities, LLC*

3

MUCH SHELIST, P.C.

By: /s/ Steven P. Blonder (w/ consent)
Steven Blonder
Laura Ann Elkayam
191 North Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: 312-521-2402
sblonder@muchlaw.com
lelkayam@muchlaw.com

*Attorneys for Defendant Kingsley Management, Corp.*


SHOOK, HARDY & BACON L.L.P.

By: /s/ Lynn H. Murray (w/ consent)
Lynn H. Murray
Kailin Liu
111 South Wacker Drive, Suite 4700
Chicago, IL 60606
Telephone: 312-704-7700
lhmurray@shb.com
kliu@shb.com

Ryan Sandrock
555 Mission St.
San Francisco, CA 94105
Telephone: 415-544-1900
rsandrock@shb.com

*Attorneys for Defendant Lakeshore Communities, Inc.*


SIVYER BARLOW WATSON & HAUGHEY, P.A.

By: /s/ Mahlon Herbert Barlow, III (w/ consent)
Mahlon Herbert Barlow, III (*pro hac vice*)
401 E. Jackson Street
Suite 2225
Tampa, FL 33602
Telephone: 813-221-4242

4

mbarlow@sbwhlegal.com

HOLLAND & KNIGHT LLP

David C. Kully (*pro hac vice*)
800 17th St. NW; Suite 1100
Washington, DC 20006
Telephone:  202-469-5415
david.kully@hklaw.com

*Attorneys for Defendant  Murex Properties, L.L.C.*


HONIGMAN LLP

By:  */s/ David Ettinger (w/ consent)*
David Ettinger (*pro hac vice*)
660 Woodward Avenue
Detroit, MI 48226
Telephone: 313-465-7368
dettinger@honigman.com

William B. Berndt
155 North Upper Wacker Drive
Suite 3100
Chicago, IL 60606
Telephone: 312-701-9376
wberndt@honigman.com

*Attorneys for Defendant RHP Properties, Inc.*


SIMPSON THACHER & BARTLETT LLP

By:  */s/ John Terzaken (w/ consent)*
John Terzaken (*pro hac vice*)
Abram J. Ellis (*pro hac vice*)
Joshua Hazan (*pro hac vice*)
900 G Street NW
Washington, D.C. 2001
Telephone: 202-636-5579
john.terzaken@stblaw.com
aellis@stblaw.com
Joshua.hazan@stblaw.com

5

TAFT STETTINIUS & HOLLISTER LLP

Kim R. Walberg
Elizabeth A. Winkowski
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601
Telephone: 312-527-4000
kwalberg@taftlaw.com
ewinkowski@taftlaw.com

*Attorneys for Defendant Sun Communities, Inc.*

WILLIAMS & CONNOLLY LLP

By: */s/ Jonathan B. Pitt (w/ consent)*
Jonathan B. Pitt
725 12th St NW,
Washington, D.C. 20005
Telephone: 202-434-5341
jpitt@wc.com

*Attorneys for Defendant Yes! Communities, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 29, 2024, a true and accurate copy of the

foregoing was electronically filed with the CM/ECF system of the United States District Court

for the Northern District of Illinois, which sends notice to counsel of record via e-mail.


Dated:  January 29, 2024

By: _/s/ Lawrence E. Buterman_
LATHAM & WATKINS LLP

Lawrence E. Buterman (pro hac vice)
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212-906-1200
lawrence.buterman@lw.com

7