**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Carla Hajek, et al.

                                 Plaintiff,

v.                                                  Case No.: 1:23−cv−06715
                                                          Honorable Franklin U. Valderrama

Datacomp Appraisal Systems, Inc., et al.

                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 26, 2024:

       MINUTE entry before the Honorable Franklin U. Valderrama: For the reason stated in the motion the Court grants the Motion to Withdraw as Counsel [164]. Attorney Brittany Liesman is withdrawn as counsel for Defendants Datacomp Appraisal Systems, Inc. and Equity LifeStyle Properties, Inc. Emailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.