**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE MANUFACTURED HOME LOT, RENTS ANTITRUST LITIGATION | No. 23-cv-06715<br>Judge Franklin U. Valderrama |

### ORDER GRANTING PLAINTIFFS' MOTION TO AMEND APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL

Having considered the Motion to Amend Appointment of Interim Co-Lead Class Counsel to substitute Adam J. Levitt in place of Brian M. Hogan as Plaintiffs' Liaison Counsel (ECF No. 180),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Counsel's Motion is granted, and Adam J. Levitt shall be substituted for Brian M. Hogan as Plaintiffs' Liaison Counsel in this Action.

Dated: July 15, 2024

_____
Honorable Franklin U. Valderrama
United States District Judge