IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE MANUFACTURED HOME LOT RENTS ANTITRUST LITIGATION<br><br>**This Document Relates To:**<br>All Class Actions | Case No. 1:23-cv-06715<br><br>Hon. Franklin U. Valderrama<br><br>Magistrate Judge Beth W. Jantz |

## JOINT STATUS REPORT

Pursuant to the Court's October 11, 2024 Order (Dkt. No. 190), the Parties in the above-captioned matter respectfully submit this report to inform the Court that, as of April 15, 2024, the Parties completed briefing on Defendants' motions to dismiss and are awaiting a ruling from the Court. As discovery is currently stayed (Dkt. No. 175), there have been no other major developments in this matter.

Dated: April 10, 2025

Respectfully submitted,

By: */s/ Adam J. Levitt*

**DICELLO LEVITT LLP**

Adam J. Levitt (Liaison Counsel)
John E. Tangren
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
(312) 214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com

Gregory S. Asciolla (*pro hac vice*)
Geralyn J. Trujillo (*pro hac vice*)
Jonathan S. Crevier (*pro hac vice*)
Noah Cozad (*pro hac vice*)
485 Lexington Avenue, Suite 1001
New York, New York 10017
(646) 933-1000
gasciolla@dicellolevitt.com
gtrujilo@dicellolevitt.com
jcrevier@dicellolevitt.com
ncozad@dicellolevitt.com

**HAUSFELD LLP**

Reena Gambhir (*pro hac vice*)
888 16th Street NW, Suite 300
Washington, DC 20006
(202) 540-7200
rgambhir@hausfeld.com

Scott Martin (*pro hac vice*)
Kyle Bates (*pro hac vice*)
Kartik S. Madiraju (*pro hac vice*)
33 Whitehall Street, 14th Floor
New York, New York 10004
(646) 357-1100
smartin@hausfeld.com
kbates@hausfeld.com
kmadiraju@hausfeld.com

Megan E. Jones (*pro hac vice*)
600 Montgomery Street, #3200
San Francisco, California 94111
(415) 633-1908
mjones@hausfeld.com

*Interim Co-Lead Class Counsel for the Proposed Class*


**LATHAM & WATKINS LLP**

By: */s/* Gary S. Feinerman (*w/ consent*)
Gary S. Feinerman (IL6206906)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611

Telephone: 312-777-7110
gary.feinerman@lw.com

Lawrence E. Buterman (*pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212-906-1200
lawrence.buterman@lw.com

Sadik Huseny (*pro hac vice*)
300 Colorado St., Suite 2400
Austin, TX 78701
Telephone: 737-910-7300
sadik.huseny@lw.com

Belinda S. Lee (*pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415-391-0600
belinda.lee@lw.com

***Attorneys for Defendants Datacomp Appraisal Systems, Inc. and Equity LifeStyle Properties, Inc***.


**ARMSTRONG TEASDALE LLP**

By: /s/ *Stephen J. Siegel (w/ consent)*
Stephen J. Siegel
Julie Johnston-Ahlen
100 North Riverside Plaza
Chicago, IL 60606
Telephone: 312-419-6900
SSiegel@atllp.com
JJohnston@Atllp.com

**HOGAN LOVELLS US LLP**

William L. Monts III
555 Thirteenth Street NW
Washington, D.C. 20004
Telephone: 202-637-5600
william.monts@hoganlovells.com

*Attorneys for Defendant Cal-Am Properties, Inc.*


**WINSTON & STRAWN LLP**

By: */s/ James F. Herbison (w/ consent)*
James F. Herbison
Michael P. Mayer
35 West Wacker Drive
Chicago, IL 60601
Telephone: 312-558-5600
JHerbison@winston.com
MMayer@winston.com

*Attorneys for Defendant Hometown America Management, L.L.C.*


**BRYAN CAVE LEIGHTON PAISNER**

By: */s/ Timothy R. Beyer (w/ consent)*
Timothy R. Beyer (*pro hac vice*)
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Telephone: 303-866-0481
Tim.beyer@bclplaw.com

Sarah L. Hartley (*pro hac vice*)
1155 F Street N.W.
Washington, D.C. 20004
Telephone: 303-866-0363
Sarah.hartley@bclplaw.com

Ashley Hyun-Jeong Kim
161 N. Clark Street, Suite 4300
Chicago, IL 60601
Telephone: 312-602-5113
Ashley.kim@bclplaw.com

*Attorneys for Defendant Inspire Communities, LLC*


**MUCH SHELIST, P.C.**

By: /s/ Steven P. Blonder (w/ consent)
Steven Blonder
Laura Ann Elkayam
191 North Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: 312-521-2402
sblonder@muchlaw.com
lelkayam@muchlaw.com

**Attorneys for Defendant Kingsley Management, Corp.**


**SHOOK, HARDY & BACON L.L.P.**

By: /s/ Lynn H. Murray (w/ consent)
Lynn H. Murray
Kailin Liu
111 South Wacker Drive, Suite 4700
Chicago, IL 60606
Telephone: 312-704-7700
lhmurray@shb.com
kliu@shb.com

Ryan Sandrock
555 Mission St.
San Francisco, CA 94105
Telephone: 415-544-1900
rsandrock@shb.com

**Attorneys for Defendant Lakeshore Communities, Inc.**


**SIVYER BARLOW WATSON & HAUGHEY, P.A.**

By: /s/ Mahlon Herbert Barlow, III (w/ consent)
Mahlon Herbert Barlow, III (*pro hac vice*)
401 E. Jackson Street
Suite 2225
Tampa, FL 33602
Telephone: 813-221-4242
mbarlow@sbwhlegal.com

**HOLLAND & KNIGHT LLP**

David C. Kully (*pro hac vice*)
800 17th St. NW; Suite 1100
Washington, DC 20006
Telephone: 202-469-5415
david.kully@hklaw.com

***Attorneys for Defendant Murex Properties, L.L.C.***

**HONIGMAN LLP**

By: */s/ David Ettinger (w/ consent)*
David Ettinger (*pro hac vice*)
660 Woodward Avenue
Detroit, MI 48226
Telephone: 313-465-7368
dettinger@honigman.com

William B. Berndt
155 North Upper Wacker Drive
Suite 3100
Chicago, IL 60606
Telephone: 312-701-9376
wberndt@honigman.com

***Attorneys for Defendant RHP Properties, Inc***.

**SIMPSON THACHER & BARTLETT LLP**

By: */s/ John Terzaken (w/ consent)*
John Terzaken (*pro hac vice*)
Abram J. Ellis (*pro hac vice*)
Joshua Hazan (*pro hac vice*)
900 G Street NW
Washington, D.C. 2001
Telephone: 202-636-5579
john.terzaken@stblaw.com
aellis@stblaw.com
Joshua.hazan@stblaw.com

**TAFT STETTINIUS & HOLLISTER LLP**

Kim R. Walberg
Elizabeth A. Winkowski
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601
Telephone: 312-527-4000
kwalberg@taftlaw.com
ewinkowski@taftlaw.com

*Attorneys for Defendant Sun Communities, Inc.*


**WILLIAMS & CONNOLLY LLP**

By: */s/ Jonathan B. Pitt (w/ consent)*
Jonathan B. Pitt
725 12th St NW,
Washington, D.C. 20005
Telephone: 202-434-5341
jpitt@wc.com

*Attorneys for Defendant Yes! Communities, LLC*