

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Michael P. Mayer

Firm   Winston & Strawn LLP

Street Address   300 N. LaSalle Dr., Suite 4400

City/State/Zip Code   60654-3406

Phone Number   (312) 558-7883

Email address   mmayer@winston.com

ARDC (Illinois State Bar members, only)   6272677

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:24-cv-11801 | Redner's Markets, Inc. v. Land | Jeffrey I Cummings |
| 1:16-cv-08637 | In re Broiler Chicken Antitrust | Thomas M. Durkin |
| 1:23-cv-06715 | In re Manufactured Home Lot | Franklin U. Valderrama |
| 1:20-cv-02114 | Sky Federal Credit Union v. E | April M. Perry |
| 1:19-cv-00176 | Hytera Communications Corp | Mary M. Rowland |
|  |  |  |

s/ Michael P. Mayer                                   November 13, 2025
Signature of Attorney                                 Date

Rev. 01272016