# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **IN RE MANUFACTURED HOME LOT RENTS ANTITRUST LITIGATION**<br><br>**This Document Relates To:**<br>**All Class Actions** | Case No. 1:23-cv-06715<br>Hon. Franklin U. Valderrama<br><br>**PLAINTIFFS' NOTICE OF SETTLEMENT WITH MUREX PROPERTIES, LLC** |

Plaintiffs in the above-captioned action hereby provide notice that they have reached an agreement with Murex Properties, LLC ("Murex") to settle all claims against Murex in this matter. This agreement is subject to the Court's approval pursuant to Federal Rule of Civil Procedure 23. The parties' agreement provides for cooperation by Murex that will, among other things, inform Plaintiffs' forthcoming Second Amended Consolidated Class Action Complaint. Consistent with the parties' agreement, Plaintiffs will move for preliminary—and ultimately, final—approval of the proposed settlement in the near future.

Dated: January 26, 2026

Respectfully submitted,

By: */s/ Adam J. Levitt*

**DICELLO LEVITT LLP**

Adam J. Levitt (Liaison Counsel)
John E. Tangren
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
(312) 214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com

Gregory S. Asciolla (*pro hac vice*)
Geralyn J. Trujillo (*pro hac vice*)
Jonathan S. Crevier (*pro hac vice*)
Noah Cozad (*pro hac vice*)
485 Lexington Avenue, Suite 1001
New York, New York 10017
(646) 933-1000
gasciolla@dicellolevitt.com
gtrujilo@dicellolevitt.com
jcrevier@dicellolevitt.com
ncozad@dicellolevitt.com

**HAUSFELD LLP**

Reena Gambhir (*pro hac vice*)
888 16th Street NW, Suite 300
Washington, DC 20006
(202) 540-7200
rgambhir@hausfeld.com

Scott Martin (*pro hac vice*)
Kyle Bates (*pro hac vice*)
Kartik S. Madiraju (*pro hac vice*)
33 Whitehall Street, 14th Floor
New York, New York 10004
(646) 357-1100
smartin@hausfeld.com
kbates@hausfeld.com
kmadiraju@hausfeld.com

Megan E. Jones (*pro hac vice*)
580 California Street, 12th Floor
San Francisco, California 94104
(415) 633-1908
mjones@hausfeld.com

***Interim Co-Lead Class Counsel for the Proposed Class***