UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE MANUFACTURED HOME LOT RENTS ANTITRUST LITIGATION**<br><br>**This Document Relates To:**<br>**All Class Actions** | Case No. 1:23-cv-06715<br><br>Hon. Franklin U. Valderrama<br><br>Magistrate Judge Beth W. Jantz |

**JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT BETWEEN PLAINTIFFS AND MUREX PROPERTIES, L.L.C.**

Plaintiffs, individually and on behalf of the Settlement Class (as defined in the Settlement Agreement, submitted as Exhibit 1 to the accompanying Declaration of Kyle G. Bates), and Murex Properties, L.L.C. ("Murex"), respectfully move this Court for preliminary approval of a class action settlement and related relief (as set forth below). Specifically, as set forth in the accompanying Memorandum of Law, Plaintiffs and Murex respectfully move the Court for entry of an order:

(1) Preliminarily approving the Settlement as set forth in the Settlement Agreement;

(2) Preliminarily certifying the Settlement Class;

(3) Preliminarily appointing Plaintiffs Steven Brown, Todd Caldwell, Mary Galusha, Carla Hajek, David Klein, Colleen Levins, Ronald Kazmirzak, Kevin McDonough, Luis Melendez, Charles Neville, Deborah Norvise, Carol Rachelle Roach, Barbara Rowley, and Amber Sailer as the Settlement Class Representatives;

(4) Preliminarily appointing DiCello Levitt LLP and Hausfeld LLP as Settlement Class Counsel; and

(5) Scheduling a Final Approval Hearing.

In connection with Preliminary Approval, Plaintiffs respectfully request that the following schedule be set:[1]

| Event | Date |
|---|---|
| Plaintiffs Submit proposed Settlement Notice and Proposed Settlement Administrator to Court for Approval | Within thirty (30) days after entry of this Preliminary Approval Order |
| Settlement Administrator mails Class Notice | Within sixty (60) days after entry of Approval of Settlement Notice and Settlement Administrator by the Court |
| Motion for Final Approval of Settlement | No later than twenty-eight (28) days before the Fairness Hearing |

---

[1] Should additional time be necessary to obtain class member data from the Non-Settling Defendants for the purposes of effectuating notice (e.g., time for Plaintiffs to move to compel such production and for the Court to rule on such motion), Plaintiffs will seek leave of the Court to modify this proposed schedule accordingly.

1.

| | |
|---|---|
| Last day of objections to the Settlement to be filed with the Court and sent to counsel | No later than twenty-one (21) days before the Fairness Hearing |
| Responses to Objections and Settlement Administrator's Notice Declaration | No later than ten (10) days before the Fairness Hearing. |
| Fairness Hearing | _____ (At the convenience of the Court, but not less than one hundred and twenty days (120) days after entry of Preliminary Approval Order) |

Respectfully submitted,

*/s/ Adam J. Levitt*
Adam J. Levitt (Liaison Counsel)
John E. Tangren
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
(312) 214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com

Gregory S. Asciolla (*pro hac vice*)
Geralyn J. Trujillo (*pro hac vice*)
Jonathan S. Crevier (*pro hac vice*)
Noah Cozad (*pro hac vice*)
**DICELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, New York 10017
(646) 933-1000
gasciolla@dicellolevitt.com
gtrujillo@dicellolevitt.com
jcrevier@dicellolevitt.com
ncozad@dicellolevitt.com

Reena Gambhir (*pro hac vice*)
**HAUSFELD LLP**
1200 17th Street N.W.
Washington, DC 20036
(202) 540-7200
rgambhir@hausfeld.com

Scott Martin (*pro hac vice*)
Kyle Bates (*pro hac vice*)
Kartik S. Madiraju (*pro hac vice*)
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, New York 10004
(646) 357-1100
smartin@hausfeld.com
kbates@hausfeld.com
kmadiraju@hausfeld.com

Megan E. Jones (*pro hac vice*)

**HAUSFELD LLP**
580 California Street, 12th Floor
San Francisco, California 94104
(415) 633-1908
mjones@hausfeld.com

*Interim Co-Lead Class Counsel for the Proposed Class*

2.

## **CERTIFICATE OF SERVICE**

I, <u>Adam J. Levitt</u>, hereby certify that on February 26, 2026, a true and correct copy of the foregoing *JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT BETWEEN PLAINTIFFS AND MUREX PROPERTIES, L.L.C.,* was electronically filed with the CM/ECF system, which caused notice to be sent to all counsel of record.