**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| **IN RE MANUFACTURED HOME LOT RENTS ANTITRUST LITIGATION**<br><br><br>**This Document Relates To:**<br><br>**All Class Actions** | **Case No. 1:23-cv-06715**<br><br>**Hon. Franklin U. Valderrama**<br><br>**Magistrate Judge Beth W. Jantz** |

**PLAINTIFFS' MOTION FOR AN ORDER APPROVING NOTICE PLAN FOR SETTLEMENT WITH MUREX PROPERTIES, L.L.C. AND TO COMPEL DEFENDANTS TO PRODUCE SETTLEMENT CLASS MEMBER DATA**

Plaintiffs, individually and on behalf of the Settlement Class (as defined in the Settlement Agreement (Dkt. No. 234-2)), respectfully move the Court, pursuant to Fed. R. Civ. P. 23(e), for an Order: (i) granting approval of the Notice Plan to Class Members in connection with the settlement reached between Plaintiffs and Murex Properties, L.L.C. ("Murex") in the above captioned action; (ii) appointing a Claims Administrator and Escrow Agent; and (iii) to compel Defendants to produce class members' data (i.e., names, physical addresses, and email addresses), to the extent not already provided, thirty days after the Court issues this Order.

Submitted in support of Plaintiffs' motion are: (i) the Memorandum of Law in Support of Plaintiffs' Motion for an Order Approving Notice Plan for Settlement with Murex and to Compel Defendants to Produce Class Members' Data; (ii) the Declaration of Carla Peak and Exhibits thereto; and (iii) the Declaration of Kartik S. Madiraju and Exhibits thereto. A [Proposed] Order Approving Plaintiffs' Notice Plan for Settlement with Murex and to Compel Defendants to Produce Class Members' Data has been submitted to the Court.

Respectfully submitted,

*/s/ Adam J. Levitt*
Adam J. Levitt (Liaison Counsel)
John E. Tangren
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
(312) 214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com

Gregory S. Asciolla (*pro hac vice*)
Geralyn J. Trujillo (*pro hac vice*)
Jonathan S. Crevier (*pro hac vice*)
Noah Cozad (*pro hac vice*)
**DICELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, New York 10017
(646) 933-1000
gasciolla@dicellolevitt.com
gtrujillo@dicellolevitt.com
jcrevier@dicellolevitt.com
ncozad@dicellolevitt.com

Reena Gambhir (*pro hac vice*)
Jose Roman Lavergne (*pro hac vice*)
**HAUSFELD LLP**
1200 17th Street N.W., Suite 600
Washington, DC 20036
(202) 540-7200
rgambhir@hausfeld.com
jlavergne@hausfeld.com

Scott Martin (*pro hac vice*)
Kyle Bates (*pro hac vice*)
Kartik S. Madiraju (*pro hac vice*)
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, New York 10004
(646) 357-1100
smartin@hausfeld.com
kbates@hausfeld.com
kmadiraju@hausfeld.com

Megan E. Jones (*pro hac vice*)
**HAUSFELD LLP**
580 California Street, 12th Floor
San Francisco, California 94104
(415) 633-1908
mjones@hausfeld.com

*Interim Co-Lead Class Counsel for the Proposed Class*

## CERTIFICATE OF SERVICE

I, Adam J. Levitt, hereby certify that on April 9, 2026, a true and correct copy of the foregoing *Motion for an Order Approving Notice Plan for Settlement with Murex Properties, L.L.C. and to Compel Defendants to Produce Settlement Class Member Data*, was electronically filed with the CM/ECF system, which caused notice to be sent to all counsel of record.